472 A.2d 250

Commonwealth v. Ritchie, Appellant.

Submitted November 8, 1983. Diane Barr Quinlin, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.